# Parker v. State.

APPEAL from Bibb Circuit Court.

Tried before the Hon. DANIEL COLLIER, Special Judge.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted and tried for murder, was convicted of murder in the second degree and sentenced to the penitentiary for thirty years. After the judgment of conviction there was a motion made by the defendant to set aside the judgment of conviction. This motion was overruled.

The judgment of conviction is affirmed.

Opinion PER CURIAM.